UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MUSTAPHA MIAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:03CV1252 HEA |
| ) | |
| AA ARROW MOVING AND ) | |
| STORAGE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

This matter is before the Court on Plaintiff's Motion for Default Judgment, [#38], wherein for the fourth time, Plaintiff moves for default against Defendants Slilat Nisim, Mike S., and Joe Unknown.

On August 4, 2005, this Court dismissed this cause of action based on Plaintiff's failure to effectuate service on the above named Defendants. On October 17, 2005, Plaintiff again filed a motion for entry of default, which the Court denied as moot pursuant to its August 4, 2005 Order of Dismissal. Plaintiff again moves for entry of default which will be denied as moot based on this Court's dismissal. Plaintiff is cautioned to cease and desist from filing additional motions for entry of default or any other motion which has the effect of being moot in this case, as the case has been dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Default as to Defendant Slilat Nisim, Mike S., and Joe Unknown, [#38], is denied as moot;

**IT IS FURTHER ORDERED** that Plaintiff shall not file further motions relating to entry of default, as this case has been dismissed for failure to prosecute.

Dated this 15th day of November, 2005.

*/s/ Henry Edward Autrey*
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE